# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Bucks County Employees
Retirement Fund,

          Case No. 16-cv-14104

    Plaintiff,

          Judith E. Levy

v.           United States District Judge

Ally Financial Inc., *et al.*,     Mag. Judge Mona K. Majzoub

    Defendants.

_____/

## ORDER REMANDING CASE TO STATE COURT

For the reasons set forth in the opinion issued on May 26, 2017 in *National Shopmen Pension Fund v. Ally Financial, Inc.*, Case No. 17-cv-10289, Dkt. 57, it is ordered that:

This case is REMANDED to the Wayne County Circuit Court.

IT IS SO ORDERED.

Dated: May 26, 2017         s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                                    United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 26, 2017.

s/Keisha Jackson
for FELICIA M. MOSES
Case Manager
